[No. 12425–1–I.   Division One.   December 31, 1984.]

JOSEPH YOUNG, *Appellant,* v. UNITED AIRLINES,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–03560–2, Norman W. Quinn, J., entered October 13, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 13449–3–I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JERROLD
W. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00044–3, Marshall Forrest, J., entered June 14, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Callow, JJ. Now published at 39 Wn. App. 642.

[No. 13777–8–I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEHMAN
RAY WILSON, *Defendant,* MICHAEL GENE
HANNA, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00128–8, Byron L. Swedberg, J., entered August 5, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Callow, JJ.